**Order entered February 8, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00624-CV

**MELISSA BREWER, Appellant**

**V.**

**COMPASS BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02438-2019**

**ORDER**

Before the Court is appellant's February 1, 2021 motion to abate. We construe the motion as a fourth extension motion to file her brief on the merits as she requests a ninety-day extension. Appellant's brief was originally due on September 17, 2020. To date, we have given appellant an additional 138 days to file her brief. Appellant has made consistent efforts to obtain counsel. Moreover, she and her family have been impacted by the coronavirus pandemic. Nevertheless, the appeal cannot proceed without appellant's brief.

In light of these circumstances, we **GRANT** appellant's motion **to the extent** that we extend the deadline to **March 12, 2021**. We caution appellant that further requests for an extension will not be entertained and that failure to file a brief by March 12, 2021 may result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE